**Opinion issued November 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-16-00850-CV

—————————————

## JODI WAGLEY, Appellant

## V.

## NEIGHBORHOOD INSURANCE SPECIALISTS AND TERRY LYNN STANLEY D/B/A NEIGHBORHOOD INSURANCE SPECIALISTS, Appellees

---

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Case No. 2015-70695

---

## MEMORANDUM OPINION

This appeal is from an order granting the appellees' motion for summary judgment, signed on August 9, 2016. The notice of appeal from trial court case number 2015-70695 was first assigned by the district clerk to the Fourteenth Court

of Appeals on October 28, 2016, which assigned it to appellate cause number 14–16–00859-CV. However, the district clerk subsequently, and erroneously, assigned a duplicate notice of appeal from trial court case number 2015-70695 to this Court. By information sheet filed in this Court on October 31, 2016, the district clerk confirmed that the assignment of this duplicate notice of appeal to this Court was in error and requested that we dismiss this appeal.

Accordingly, because the notice of appeal from trial court case number 2015-70695 was erroneously assigned to this Court, this appeal is ordered dismissed. *See* TEX. R. APP. P. 43.2(f); *see, e.g.*, *Marullo v. Apollo Assoc. Servs., LLC*, No. 01–16–00193–CV, 2016 WL 1449258, at \*1 (Tex. App.—Houston [1st Dist.] Apr. 12, 2016, no pet.) (per curiam) (mem. op.) (dismissing appeal that was erroneously assigned to this Court by district clerk)

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.